JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| LYNNETTE BAIN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COSTCO WHOLESALE CORPORATION, and DOES 1 TO 15, inclusive,<br><br>　　　　Defendants, | CASE NO.  8:20-cv-00031 JLS (DFMx)<br><br>**ORDER**<br><br>Assigned to Hon. Judge Josephine Staton<br>Courtroom: 10A<br><br>Pre-Trial Conference:  February 19, 2021<br>Trial Date: |

　　　The Court hereby vacates all currently set dates and dismisses this case with prejudice.

Dated: October 30, 2020

JOSEPHINE L. STATON
_____
United States District Judge

---

Case No.: 8:20-cv-00031 JLS (DFMx)　　　　　　　　ORDER